**FILED**

1  RAMIRO REYES "PRO SE"
2  1 WEST MAYFAIR AVENUE
   STOCKTON, CALIFORNIA 95207
3  (209)390-6141

**JUL 0 9 2010**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  | RAMIRO REYES, | ) | NO.   2 1 0 - Ⓥ - 1 7 7 6  JAM ⬛ (PS) |
    | --- | --- | --- |
11  | PLAINTIFF | ) | COMPLAINT FOR DAMAGES AND |
12  | V. | ) | INJUNCTIVE RELIEF FOR VIOLATION OF |
    |    | ) | CONSTITUTIONAL RIGHTS, VIOLATION OF |
13  |    | ) | CIVIL RIGHTS, VIOLATION OF AMERICAN |
    | CITY OF STOCKTON, STOCKTON | ) | DISABILITIES ACT TITLE II, INTENTIONAL |
14  | POLICE DEPARTMENT, SGT. DAVID | ) | INFLICTION OF EMOTIONAL DISTRESS, |
15  | BROWN, OFFICER MIKE OTTEN, and | ) | DEFAMATION, AND FALSE IMPRISONMENT. |
    | DOES 1-10, NOT KNOWN BY NAMES | ) | |
16  |    | ) | |
17  | DEFENDANTS. | ) | JURY TRIAL DEMANDED |

18  PLAINTIFF, RAMIRO REYES, ALLEGES AS FOLLOWS:

19                    JURISDICTION AND VENUE

20      1.      THIS ACTION ARISES OUT OF VIOLATION OF MY CIVIL RIGHTS 42 U.S.C. 1983.

21  JURISDICTION IS PROPER UNDER 28 U.S.C., 1357, AND SUPPLEMENTAL JURISDICTION IS

22  PROPER UNDER 28 U.S.C., 1367. THIS COURT IS THE PROPER VENUE FOR THIS ACTION

23  PURSUANT TO 28 U.S.C. 1391 (b), IN THAT THE DEFENDANT RESIDES IN THIS JUDICIAL

24  DISTRICT AND FURTHER ALL OF THE EVENTS OR OMISSIONS GIVING RISE TO THE CLAIM

25  OCCURRED WITHIN THIS JUDICIAL DISTRICT.

26                    PARTIES

27      2.      PLAINTIFF, RAMIRO REYES, CITY OF STOCKTON, CITY EMPLOYEES, SGT.

28  DAVID BROWN, OFFICER MIKE OTTEN AND DOES 1-10, NOT KNOWN BY NAMES ARE

1

1 | CITIZENS OF THE UNITED STATES, AND ARE RESIDENTS OF THE STATE OF CALIFORNIA.

2 |   3.      DEFENDANTS, CITY OF STOCKTON, CITY EMPLOYEES, SGT. DAVID BROWN,
3 | OFFICER MIKE OTTEN AND DOES 1-10, NOT KNOWN BY NAMES ARE ALL PROFESSIONALS
4 | EMPLOYED IN SAN JOAQUIN COUNTY, AND WITHIN THE STATE OF CALIFORNIA, ARE
5 | SUED HEREIN IN THEIR INDIVIDUAL AND THEIR PROFESSIONAL, AND THEIR OFFICIAL
6 | CAPACITIES.

7 |   4.      PLAINTIFF HAS MADE THE APPROPRIATE CLAIM WITH CITY OF STOCKTON,
8 | AND HAS FILED THIS CLAIM IN A TIMELY MANNER WHICH CLAIM WAS REJECTED.

9 |   5.      ON OR ABOUT OCTOBER 28, 2009, DEFENDANTS CONSPIRED IN THEIR
10 | INDIVIDUAL AND OFFICIAL CAPACITIES, FRAUDULENTLY, WITH MALICIOUS INTENT,
11 | ILLEGALLY AND UNREASONABLY, TO DEPRIVE MR. RAMIRO REYES FREEDOM OF
12 | LIBERTY.

13 |   6.      THE ACTS OF THE DEFENDANTS WERE IN VIOLATION OF MR. RAMIRO
14 | REYES' CIVIL RIGHTS AND CONSTITUTIONAL RIGHTS.  BY THE FORGOING ACTS, THE
15 | PLAINTIFF WAS DEPRIVED BY THE DEFENDANTS OF HIS CONSTITUTIONAL RIGHTS,
16 | VIOLATION OF PLAINTIFF'S CIVIL RIGHTS, VIOLATION OF PLAINTIFF'S RIGHT NOT TO BE
17 | DENIED LIBERTY, INCLUDING HIS RIGHT NOT TO BE SUBJECTED TO MALICIOUS,
18 | ARBITRARY AND CAPRICIOUS USE OF GOVERNMENTAL AUTHORITY AND REGULATIONS
19 | AND NOT TO BE DENIED LIBERTY, WITHOUT DUE PROCESS OF LAW.

20 |   7.      DEFENDANTS HAVE A POLICY AND CUSTOM WHICH FOSTER AND PROMOTE,
21 | AND CONDONE, AND FURTHER THE CONDUCT THAT DEFENDANTS INFLICTED ON
22 | PLAINTIFF AS ABOVE DESCRIBED.

23 |   8.      THE ACTS OF THE DEFENDANTS WERE DESPICABLE, OPPRESSIVE, WILLFUL,
24 | AND WITH KNOWING AND CONSCIOUS DISREGARD FOR THE RIGHTS OF THE PLAINTIFF,
25 | SUCH THAT PLAINTIFF IS ENTITLED TO RECEIVE PUNITIVE DAMAGES AGAINST
26 | DEFENDANTS, EXCEPT CITY OF STOCKTON, IN AN AMOUNT ACCORDING TO PROOF BUT,
27 | IN EXCESS OF $1,000,000.00.

28 |   9.      AS A DIRECT AND PROXIMATE RESULT OF THE ACTS OF THE DEFENDANTS,

2

PLAINTIFF HAS SUFFERED GENERAL AND SPECIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO EMOTIONAL DISTRESS, HUMILIATION, EMBARRASSMENT, STRESS, ANXIETY, AND PHYSICAL UPSET, AND PERSONAL INJURY, ALL IN AN AMOUNT ACCORDING TO PROOF, BUT IN EXCESS OF $1,000,000.00.

10.    UPON INFORMATION AND BELIEF, PLAINTIFF ALLEGES THAT THE DEFENDANTS WILL CONTINUE TO VIOLATE CONSTITUTIONAL RIGHTS OF PEOPLE SIMILARLY SITUATED, UNLESS AND UNTIL ENJOINED FROM SUCH ILLEGAL CONDUCT.

FIRST COUNT

11.    ON OR ABOUT OCTOBER 28, 2009, I WAS PULLED OVER BY OFFICER MIKE OTTEN, AN EMPLOYEE OF THE STOCKTON POLICE DEPARTMENT AND THE CITY OF STOCKTON. I WAS PULLED OVER WITHOUT PROBABLE CAUSE. OFFICER OTTEN PROCEEDED TO INTERROGATE ME. HE PLACED ME IN HIS POLICE CAR AND LOCKED ME IN, DENYING ME MY FREEDOM AND LIBERTY. AFTER A FEW MINUTES HE ASKED ME TO GO SIT IN MY VEHICLE. WHILE I SAT IN MY VEHICLE I CALLED STOCKTON POLICE DEPARTMENT FOR ASSISTANCE. LATER, SGT. DAVID BROWN ARRIVED ON SCENE. I EXPLAINED TO SGT. BROWN THAT OFFICER OTTEN HAD STOPPED MY VEHICLE WITHOUT PROBABLE CAUSE AND THAT I DID NOT KNOW WHAT HE WAS GOING TO DO NEXT AND THAT I WAS CONCERNED. SGT. DAVID BROWN WENT TO OFFICER OTTEN AND THEY ENGAGED IN A CONVERSATION. AFTER A WHILE SGT. BROWN APPROACHED ME AND TOLD ME THAT OFFICER OTTEN WAS GOING TO WRITE ME A CITATION FOR A BRAKE LIGHT VIOLATION. I ASKED SGT. DAVID BROWN IF WE COULD CHECK MY LIGHT TO SEE IF THEY WERE IN WORKING CONDITION TO WHICH HE REPLIED, "WE CAN'T DO THAT FOR YOU." I STARTED TO EXPERIENCE CHEST PAINS. I ASKED SGT. DAVID BROWN IF I COULD TAKE MY NITRO FOR MY CHEST PAINS. HE SAID, "NO." I ASKED SGT. DAVID BROWN IF HE WOULD CALL 911 EMERGENCY SERVICE AND HE SAID, "NO." I ASKED SGT. DAVID BROWN IF THEY WOULD TAKE ME TO ST. JOSEPH'S HOSPITAL; HE SAID, "NO." I ASKED SGT. DAVID IF HE COULD DRIVE ME TO SAN JOAQUIN COUNTY HOSPITAL. FINALLY OFFICER MIKE OTTEN DROVE ME TO THE SAN JOAQUIN COUNTY HOSPITAL

3

1   WHERE I STAYED FOR A FEW HOURS. AFTER I WAS SEEN BY A NURSE, I WAS
2   TRANSPORTED TO SAN JOAQUIN COUNTY JAIL. THERE AT THE JAIL, I WAS TORTURED,
3   HUMILIATED, EMBARRASSED, VIOLATED AS A DISABLED PERSON AND ABUSED AS AN
4   ELDERLY PERSON, DENIED PROPER MEDICAL ATTENTION IN VIOLATION OF MY CIVIL
5   AND CONSTITUTIONAL RIGHTS AND LEFT FOR DEAD IN A JAIL CELL THAT WAS COLD
6   AND NOT EQUIPPED FOR A DISABLED PERSON. AT ALL TIMES I WAS VIOLATED OF MY
7   CIVIL AND MY CONSTITUTIONAL RIGHTS. AT THE VERY EARLY HOURS OF THE
8   MORNING, I WAS RELEASED FROM SAN JOAQUIN COUNTY JAIL WITHOUT
9   TRANSPORTATION; AT ALL TIMES SGT. DAVID BROWN AND OFFICER MIKE OTTEN
10  VIOLATED MY CIVIL AND CONSTITUTIONAL RIGHTS. SGT. DAVID BROWN AND OFFICER
11  MIKE OTTEN WERE IN VIOLATION OF VEHICLE CODE LAW "40500," (A) AND (D). AT
12  ABOUT 5:30 A.M. THE NURSE FROM THE COUNTY JAIL TOOK MY VITALS AND SAID THAT
13  MY BLOOD PRESSURE WAS REALLY ELEVATED AND THAT MY BLOOD GLUCOSE LEVELS
14  WERE ALSO ELEVATED BUT THAT THERE WAS NOTHING SHE COULD DO FOR ME OR
15  GIVE ME ANY TYPE OF MEDICAL TREATMENT.

16                          SECOND COUNT

17              VIOLATION OF AMERICAN DISABILITIES ACT

18      12.    PLAINTIFF ALLEGES THAT DEFENDANTS, CITY OF STOCKTON, CITY
19  EMPLOYEES, DENIED PLAINTIFF'S RIGHTS UNDER TITLE II OF THE AMERICAN
20  DISABILITIES ACT, ADA TITLE II COVERS ALL ACTIVITIES OF STATE AND LOCAL
21  GOVERNMENT REGARDLESS OF THE GOVERNMENTS ENTITY'S SIZE OF FEDERAL
22  FUNDING; TITLE II OF ADA ALSO REQUIRES THE STATE AND LOCAL GOVERNMENT GIVE
23  PEOPLE WITH DISABILITIES AN EQUAL OPPORTUNITY TO BENEFIT FROM ALL OF THEIR
24  PROGRAM SERVICES, SUCH AS HEALTH CARE, SOCIAL SERVICES, AND COURTS.

25      13.    PLAINTIFF INCORPORATES BY REFERENCE THE ALLEGATIONS OF
26  PARAGRAPHS 1 THROUGH 12.

27      14.    DEFENDANTS CONSPIRED TO AND/OR DID INTENTIONALLY VIOLATE
28  PLAINTIFF'S RIGHTS UNDER THE AMERICAN DISABILITIES ACT, TITLE II.

                              4

15.     AS A DIRECT AND PROXIMATE RESULT THEREOF, PLAINTIFF HAS SUSTAINED DAMAGES IN AN AMOUNT ACCORDING TO PROOF, BUT IN EXCESS OF $1,000.000.00.

16.     THE ACTS OF THE DEFENDANTS, AND EACH OF THEM, EXCEPT FOR CITY OF STOCKTON, WERE WILLFUL, OPPRESSIVE, AND DESPICABLE, SUCH THAT PLAINTIFF IS ENTITLED TO PUNITIVE DAMAGES AGAINST THE DEFENDANTS, EXCEPT CITY OF STOCKTON, IN AN AMOUNT ACCORDING TO PROOF, BUT IN EXCESS OF $1,000,000.00.

THIRD COUNT

INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

17.     PLAINTIFF INCORPORATES BY REFERENCE ALL THE ALLEGATIONS OF PARAGRAPHS 1 THROUGH 16 ABOVE.

18.     DEFENDANTS CONSPIRED TO AND/OR DID INTENTIONALLY INFLICT EMOTIONAL DISTRESS UPON PLAINTIFF.

19.     AS A DIRECT AND PROXIMATE RESULT THEREOF, PLAINTIFF HAS SUSTAINED DAMAGES IN AN AMOUNT ACCORDING TO PROOF, BUT IN EXCESS OF $1,000,000.00.

20.     THE ACTS OF THE DEFENDANTS WERE WILLFUL, OPPRESSIVE, AND DESPICABLE, SUCH THAT PLAINTIFF IS ENTITLED TO PUNITIVE DAMAGES AGAINST DEFENDANTS, EXCEPT CITY OF STOCKTON, IN AN AMOUNT ACCORDING TO PROOF, BUT IN EXCESS OF $1,000,000.00

FOURTH COUNT

DEFAMATION

21.     THE ACTS OF THE DEFENDANTS WRONGFULLY DESIGNATED RAMIRO REYES AS A CRIMINAL WHO HAD TO BE INSTITUTIONALIZED, IN A JAIL FACILITY AND HAS DEFAMED HIS CHARACTER BY LABELING HIM AS A CRIMINAL.  THE DEFENDANTS CONSPIRED TO DEFAME MR. RAMIRO REYES' CHARACTER.

22.     PLAINTIFF INCORPORATES BY REFERENCE THE ALLEGATIONS OF PARAGRAPHS 1 THROUGH 21 ABOVE.

5

23.   DEFENDANTS CONSPIRED TO, AND/OR DID DEFAME PLAINTIFF.

24.   AS A DIRECT AND PROXIMATE RESULT THEREOF, PLAINTIFF HAS SUSTAINED DAMAGES IN AN AMOUNT ACCORDING TO PROOF, BUT IN EXCESS OF $1,000,000.00.

25.   THE ACTS OF THE DEFENDANTS WERE WILLFUL, OPPRESSIVE, AND DESPICABLE, SUCH THAT PLAINTIFF IS ENTITLED TO PUNITIVE DAMAGES AGAINST DEFENDANTS, EXCEPT CITY OF STOCKTON, IN AN AMOUNT ACCORDING TO PROOF, BUT IN EXCESS OF $1,000,000.00.

## FIFTH COUNT

## FALSE IMPRISONMENT

26.   PLAINTIFF INCORPORATES BY REFERENCE THE ALLEGATIONS OF PARAGRAPHS 1 THROUGH 25 ABOVE.

27.   DEFENDANTS CONSPIRED TO AND/OR DID FALSELY IMPRISON PLAINTIFF.

28.   AS A DIRECT AND PROXIMATE RESULT THEREOF, PLAINTIFF HAS SUSTAINED DAMAGES IN AN AMOUNT ACCORDING TO PROOF, BUT IN EXCESS OF $1,000,000.00.

29.   THE ACTS OF THE DEFENDANTS WERE WILLFUL, OPPRESSIVE, AND DESPICABLE, SUCH THAT PLAINTIFF IS ENTITLED TO PUNITIVE DAMAGES AGAINST DEFENDANTS, EXCEPT CITY OF STOCKTON, IN AN AMOUNT ACCORDING TO PROOF, BUT IN EXCESS OF $1,000,000.00.

## SIXTH COUNT

30.   PLAINTIFF INCORPORATES BY REFERENCE THE ALLEGATIONS OF PARAGRAPHS 1 THROUGH 29 ABOVE.

31.   DEFENDANTS DID VIOLATE PLAINTIFF'S RIGHTS UNDER THE FEDERAL AND STATE CONSTITUTIONS AND STATE LAW.

32.   AS A DIRECT AND PROXIMATE RESULT THEREOF, PLAINTIFF HAS SUSTAINED DAMAGES IN AN AMOUNT ACCORDING TO PROOF, BUT IN EXCESS OF $1,000,000.00.

33.    THE ACTS OF THE DEFENDANTS WERE WILLFUL, OPPRESSIVE AND DESPICABLE SUCH THAT PLAINTIFF IS ENTITLED TO PUNITIVE DAMAGES AGAINST THE DEFENDANTS, EXCEPT CITY OF STOCKTON, IN AN AMOUNT ACCORDING TO PROOF, BUT IN EXCESS OF $1,000,000.00.

**WHEREFORE,** PLAINTIFF, RAMIRO REYES, PRAYS AS FOLLOWS:

1.    FOR GENERAL AND SPECIAL DAMAGES IN AN AMOUNT ACCORDING TO PROOF, BUT IN EXCESS OF $1,000,000.00.

2.    AS AGAINST THE DEFENDANTS, EXCEPT CITY OF STOCKTON, PUNITIVE DAMAGES IN AN AMOUNT ACCORDING TO PROOF, BUT IN EXCESS OF $1,000,000.00.

3.    AS AGAINST THE DEFENDANTS, PUNITIVE DAMAGES IN EXCESS OF $1,000,000.00.

4.    FOR COSTS, ATTORNEY FEES, PRE JUDGMENT INTERESTS, AND OTHER INTERESTS AS ALLOWABLE BY LAW; AND/OR

5.    FOR OTHER RELIEF AS THE COURT MAY DEEM JUST, PROPER, AND APPROPRIATE.

DATED: _____ 07-07-10 _____

_____
RAMIRO REYES "PRO SE"


PLAINTIFF DEMANDS A JURY TRIAL IN THIS ACTION.


DATED:_____ 07-07-10 _____

_____
RAMIRO REYES "PRO SE"

7

1    RAMIRO REYES "PRO SE"
2    1 WEST MAYFAIR AVENUE
    STOCKTON, CALIFORNIA 95207
3    (209)390-6141

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10   RAMIRO REYES,                  )       NO.
                                )
11          PLAINTIFF         )
                                )       PROOF OF SERVICE
12   V.                         )
                                )
13                                 )
     CITY OF STOCKTON, STOCKTON     )
14   POLICE DEPARTMENT, SGT. DAVID    )
     BROWN, OFFICER MIKE OTTEN, and    )
15   DOES 1-10, NOT KNOWN BY NAMES    )
16                                 )
     _____ DEFENDANTS. _____ )
17

18        I, the undersigned, hereby certify that I am over the age of eighteen years and on _____,

19   2010, I served a copy of COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR

20   VIOLATION OF CONSTITUTIONAL RIGHTS, VIOLATION OF CIVIL RIGHTS, VIOLATION OF

21   AMERICAN DISABILITIES ACT TITLE II, INTENTIONAL INFLICTION OF EMOTIONAL

22   DISTRESS, DEFAMATION, AND FALSE IMPRISONMENT and JURY TRIAL DEMANDED, by

23   placing a copy in a postage paid envelope addressed to the person hereinafter listed by depositing said

24   envelope in the United States Mail:

25

26

27

28

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

_____