UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**RAMIRO REYES,**

CASE NO: **2:10–CV–01776–JAM–GGH**

v.

**CITY OF STOCKTON, ET AL.,**

**XX –– Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 3/3/11**

**Victoria C. Minor**
Clerk of Court

ENTERED: **March 3, 2011**

by: /s/ H. Kaminski
Deputy Clerk